

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2017

No. 04-17-00337-CV

Charles **SCHWARTZ**, III, D.O.,
Appellant

v.

Jake **FIPPS** and Wife, Miriam Fipps,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2015-CVT-003956 D1
Honorable Joe Lopez, Judge Presiding

## O R D E R

Appellees' brief in this accelerated appeal was originally due August 15, 2017. After this court granted several extensions of time, we issued an order advising appellees that their brief was due November 27, 2017. We further advised appellees that no further extensions of time to file the brief would be permitted, and if the brief was not filed on or before November 27, 2017, the matter would be submitted without an appellees' brief. No brief was filed on November 27, 2017. Rather, on December 6, 2017, appellees filed yet another motion for extension of time asking for more time in which to file the brief. Based on our prior order and after reviewing appellees' motion, we **DENY** appellees' request for an extension of time.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court